FILED

APR 27 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) CASE NO. 5:22 CR 210 |
| v. | ) Title 18, United States Code, |
| | ) Sections 1703 and 1709 |
| BRUCE C. MURDOCK, JR., | ) |
| | ) JUDGE ADAMS |
| Defendant. | ) |

COUNT 1
(Delay or Destruction of Mail, 18 U.S.C. § 1703)

The Grand Jury charges:

1. From on or about February 4, 2021, to on or about April 15, 2022, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, Defendant BRUCE C. MURDOCK, JR., a United States Postal Service employee, did unlawfully secrete, destroy, detain, delay or open letters, postal cards, packages, bags or mail, which had been entrusted to Defendant, or which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent or other person employed an any department of the Postal Service, or forwarded through or delivered from a post office or postal station established by authority of the Postmaster General or of the Postal Service, in violation of Title 18, United States Code, Section 1703.

COUNT 2
(Theft of Mail by a Postal Service Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

2. From on or about February 4, 2021, to on or about April 15, 2022, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, Defendant

BRUCE C. MURDOCK, JR., a United States Postal Service employee, did steal, abstract or remove letters, postal cards, packages, bags or mail, which had been entrusted to Defendant, or which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent or other person employed an any department of the Postal Service, or forwarded through or delivered from a post office or postal station established by authority of the Postmaster General or of the Postal Service, in violation of Title 18, United States Code, Section 1709.

### COUNT 3
(Theft of Mail by a Postal Service Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

3. On or about November 22, 2021, in the Northern District of Ohio, Eastern Division, Defendant BRUCE C. MURDOCK, JR., a United States Postal Service employee, did steal, abstract or remove a letter, postal card, package, bag or mail, which had been entrusted to Defendant, or which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent or other person employed an any department of the Postal Service, or forwarded through or delivered from a post office or postal station established by authority of the Postmaster General or of the Postal Service, in violation of Title 18, United States Code, Section 1709.

### COUNT 4
(Theft of Mail by a Postal Service Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

4. On or about March 17, 2022, in the Northern District of Ohio, Eastern Division, Defendant BRUCE C. MURDOCK, JR., a United States Postal Service employee, did steal, abstract or remove a letter, postal card, package, bag or mail, which had been entrusted to

Defendant, or which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent or other person employed an any department of the Postal Service, or forwarded through or delivered from a post office or postal station established by authority of the Postmaster General or of the Postal Service, in violation of Title 18, United States Code, Section 1709.

### COUNT 5
(Theft of Mail by a Postal Service Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

5. On or about March 24, 2022, in the Northern District of Ohio, Eastern Division, Defendant BRUCE C. MURDOCK, JR., a United States Postal Service employee, did steal, abstract or remove a letter, postal card, package, bag or mail, which had been entrusted to Defendant, or which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent or other person employed an any department of the Postal Service, or forwarded through or delivered from a post office or postal station established by authority of the Postmaster General or of the Postal Service, in violation of Title 18, United States Code, Section 1709.

### COUNT 6
(Theft of Mail by a Postal Service Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

6. On or about April 1, 2022, in the Northern District of Ohio, Eastern Division, Defendant BRUCE C. MURDOCK, JR., a United States Postal Service employee, did steal, abstract or remove a letter, postal card, package, bag or mail, which had been entrusted to Defendant, or which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent or other person employed an any

department of the Postal Service, or forwarded through or delivered from a post office or postal station established by authority of the Postmaster General or of the Postal Service, in violation of Title 18, United States Code, Section 1709.

COUNT 7
(Theft of Mail by a Postal Service Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

7. On or about April 13, 2022, in the Northern District of Ohio, Eastern Division, Defendant BRUCE C. MURDOCK, JR., a United States Postal Service employee, did steal, abstract or remove a letter, postal card, package, bag or mail, which had been entrusted to Defendant, or which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent or other person employed an any department of the Postal Service, or forwarded through or delivered from a post office or postal station established by authority of the Postmaster General or of the Postal Service, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.